479 A.2d 624

Nationwide v. Talisnick, Appellant.
Reargument Denied Aug. 29, 1984.
Petition for Allowance of Appeal Denied Jan. 9, 1985.

Argued April 25, 1984. James Womer, for appellant; James C. Haggerty, for appellee.

Before McEWEN, BECK and CERCONE, JJ.

Order of the learned Philadelphia County Common Pleas Court Judge Alfred J. DiBona, Jr. is affirmed.

478 A.2d 129

Peck, Appellants, v. The City of New Kensington, et al. (at No. 286).

Adamsky, Appellants, v. The City of New Kensington, et al. (at No. 301).

Argued April 12, 1984. David B. Wasson, for appellants; David F. Taylor, for appellees (at No. 286), and for participating party (at No. 301).

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.